United States District Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:20-cr-446 |
| § | |
| YAVONNE HAND, ET AL § | |
| § | |
| Defendant. | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

At the request of the Defendant, Nikesha Dixon, the sentencing hearing currently set for December 12, 2024 in this case is hereby reset. The new deadlines are as follows:

1. The due date for the Initial PSR will be continued to __12/5/24__

2. The due date for Defendant's Objections to the PSR will be continued to __12/19/24__

3. The due date for the Final PSR will be continued to __1/9/25__

4. The sentencing hearing for Defendant Dixon will be continued to __1/16/25 at 11:00am__

### IT IS SO ORDERED.

Signed on ~~November~~ __12/4/24__, ~~2024~~

The Honorable Alfred Bennett
United States District Judge